### HENRY MORIN vs. STEAMBOAT F. SIGEL.

Action by plaintiff against defendant under *chap. 76 of the Comp. Stat. Held—*
that the remedy given by this chapter is a "common law remedy," and is
therefore saved to suitors by the judiciary act of the United States passed in 1789.

That the District Courts of this State have jurisdiction in this class of cases.

This action was brought in the Ramsey County District Court to recover damages for a breach of a contract of affreightment similar to the one set out in the complaint in the preceding action. The case went to trial and a verdict was rendered in favor of the plaintiff, upon which judgment was entered. The defendant appeals to this Court.

VAN ETTEN & OFFICER for Appellant.

LORENZO ALLIS, for Respondent.

*By the Court*—WILSON, C. J.—The questions involved in this case are all passed upon in case of *Reynolds vs. Favorite, page ante,* 242.

Judgment below affirmed.